ROBERT A. RING, III, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ROBERT A. RING, JR., APPELLANTS, v. WILLIAM F. WALKER AND CHARLES MAPES, RESPONDENTS.

No. 6648

February 23, 1972                              493 P.2d 1037

*Bradley & Drendel, Ltd.,* of Reno, for Appellants.

*Wait & Shamberger & Georgeson* and *Robert A. McQuaid, Jr.,* of Reno, for Respondent Walker.

*Erickson & Thorpe* and *C. Nicholas Pereos,* of Reno, for Respondent Mapes.

## OPINION

*Per Curiam:*

We believe that in the instant case the district court correctly determined that there was no genuine issue as to any material fact, and that defendants were entitled to judgment as a matter of law. Summary judgment was properly entered. NRCP 56(c).